### 643. RUMSEY v. THE STATE.

POWELL, J. 1. Upon the general grounds this case is controlled by *Plummer* v. *State,* 1 *Ga. App.* 507 (57 S. E. 969).

2. The contention that the sentence is excessive can not properly be made a ground of a motion for a new trial. *Baldwin* v. *State,* 75 *Ga.* 482; *Sturkey* v. *State,* 116 *Ga.* 526 (42 S. E. 747); *Bellinger* v. *State,* 116 *Ga.* 545 (42 S. E. 747); *Burgamy* v. *State,* 114 *Ga.* 852 (40 S. E. 991).

3. "A new trial will not be granted in a criminal case because of the relationship within the prohibited degrees of a juror to the accused, although such relationship was unknown to the accused and his counsel until after verdict." *Downing* v. *State,* 114 *Ga.* 30 (39 S. E. 927), wherein previous decisions to the same effect are expressly approved, after review. See also *Olliff* v. *State,* 1 *Ga. App.* 553, 554 (57 S. E. 941).

*Judgment affirmed.*

Indictment for selling liquor, from Stephens superior court— Judge Kimsey. June 10, 1907.

Submitted October 7,—Decided October 14, 1907.

*R. A. Naves, McMillan & Erwin,* for plaintiff in error.

*W. A. Charters, solicitor-general,* contra.